# MyFax Frequently Asked Questions

## General Questions

+ What is MyFax?

+ What's the difference between the Home, Small Business and Professional plans?

+ Can I keep my current fax number?

+ Do I need to make a long-term commitment?

+ How do I send a fax?

– How do I receive a fax?



You will receive faxes as emails, with the fax attached as a PDF or TIFF, if you prefer.

You can also download your received faxes by logging in to your MyFaxCentral.com (https://secure.myfax.com/login.aspx) secure site.

+ Do I need any special hardware or software to use the MyFax service?

+ Are there MyFax Apps for iPhone and Android?

+ Can I send multiple documents in one fax?

+ Is MyFax a secure faxing solution?

+ Is my MyFax number available all the time?

+ Can I use more than one email address to send or receive a fax?

+ Can I send faxes to more than one fax number at a time?

\+ Can I use my toll free MyFax number outside of USA or Canada?

\+ What is MyFaxCentral?

\+ Can I access my account information online?

\+ Does MyFax provide Customer Support?

\+ Do you have services in the UK?

\+ What information can I access in my online account?

## Support Questions

\+ How does MyFax work?

\+ I'm having problems logging in to MyFaxCentral.

\+ How do I buy more fax numbers?

\+ Where can I find a list of country codes?

\+ I registered for MyFax, but I haven't received any information. What do I do?

\+ How do I cancel my MyFax account?

## Billing Questions

\+ Why am I being charged for sent fax pages when I have several free sent fax pages remaining?

\+ How do I change my billing information?

\+ I just signed up for MyFax today, why has my credit card been charged already?

\+ What is the rate for faxing for pages over and above my plan limit?

Sign Up Now (/pricing)

 (/)

 (https://itunes.apple.com/us/app/myfax/id380939947?mt=8&uo=4)

 (https://play.google.com/store/apps/details?id=com.j2.myfax&utm_source=global_co&utm_medium=prtnr&utm_content=Mar2515&utm_campaign=PartBadge&pcampaignid=MKT-AC-global-none-all-co-pr-py-PartBadges-Oct1515-1)

Connect With Us

 (https://twitter.com/myfax_)  (http://www.facebook.com/myfax)  (https://www.linkedin.com/company/myfax-online-fax-service?goback=.cps_1286300365606_1)  (https://www.youtube.com/channel/UC_aBE2WoKn20HU0KO0_qEVg)

Features (/features)
Plans & Pricing (/pricing)
Start Your Free Trial (/free-30-day-trial)
Sign Up Now (/pricing)
About MyFax (/about)
Become an Affiliate (/affiliate-program)
Customer Service (/support)
FAQs (/faqs)
MyFax International (/worldwide-directory)
Terms & Conditions (/about/terms)
Privacy Policy (/about/privacy)
Sitemap (/sitemap)



(HTTP://WWW.J2.COM/?UTM_SOURCE=EFAX&UTM_MEDIUM=XSELL-REFERRAL&UTM_CAMPAIGN=J2XSELL&UTM_CONTENT=WEBFOOTER)

© 2018 j2 Global, Inc. and its affiliates (collectively, "j2"). All rights reserved. MyFax™ ® is a registered trademark of j2.