# verizon✓

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| REDACTED | | 01/05/17 | 4 of 11 |

## Summary for Shimshon Wexler: 212-760-2400

**Your Plan**

MORE EVERY UNL TLK&TXT 1GB
(see pg 3)

**Monthly Charges**          REDACTED

Smartphone Line Access          12/11 - 01/10

**Usage and Purchase Charges**

| Voice | Allowance | Used | Billable | Cost |
|---|---|---|---|---|
| Shared | minutes | | | |
| Mobile to Mobile | minutes | REDACTED | | |
| Night/Weekend | minutes | | | |
| Total Voice | | | | |

| Messaging | | | | |
|---|---|---|---|---|
| Text, Picture & Video | messages | REDACTED | | |
| Total Messaging | | | | |

| Data | | | | |
|---|---|---|---|---|
| Gigabyte Usage | gigabytes | REDACTED | | |
| Total Data | | | | |

Total Usage and Purchase Charges

***Charges for usage that exceeded the shared allowance can be found in the "Account Charges and Credits" section under "Account Usage Charges."

**Surcharges+**          REDACTED

Fed Universal Service Charge
Regulatory Charge
Administrative Charge

**Taxes, Governmental Surcharges and Fees**

Dekalb Cnty 911 Fee
GA State Sales Tax
Dekalb Cnty Sales Tax

**Total Current Charges for 212-760-2400**

+Percentage-based taxes, fees, and surcharges apply to charges for this line, including overage charges, plus this line's share of account charges.

VZ_042

**verizon✓**

Invoice Number  Account Number    Date Due   Page
REDACTED                          01/05/17   8 of 11

**Detail for Shimshon Wexler: 212-760-2400**

Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|------|------|--------|------|------------|-------------|-------------|------|-----------------|----------------------|-------|

REDACTED

| 12/06 | 10:26A | 908-888-6041 | Peak | Plan Allow | Decatur GA | Incoming CL | 1 | -- | -- | -- |

REDACTED

VZ_046



VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax: 325-949-6916

July 31, 2018

KABAT CHAPMAN & OZMER, LLP
171 17TH ST NW
ATLANTA GA 30363

**Verizon Case #: 180097592**
**Docket / File #: 1:17-cv-08573-AKH**

State of TEXAS

ss:

County of TOM GREEN

I, KATHLEEN WYLIE, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached 16 pages of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ KATHLEEN WYLIE

\* Calls, as originally reflected on billing statements, have been provided. In general, only calls that are considered to be billable calls will be listed on billing statements. Unanswered calls or calls that go to voicemail are generally not considered to be billable. Any other call detail reports that may have reflected unanswered calls or calls that went to voicemail are now past retention.

**VZ_048**