

**CONFIDENTIAL**



| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| REDACTED | | 01/05/17 | 4 of 11 |

## Summary for Shimshon Wexler: 212-760-2400

**Your Plan**

MORE EVERY UNL TLK&TXT 1GB
(see pg 3)

**Monthly Charges**

| | | |
|---|---|---|
| Smartphone Line Access | 12/11 – 01/10 | REDACTED |

**Usage and Purchase Charges**

| Voice | Allowance | Used | Billable | Cost |
|---|---|---|---|---|
| Shared | minutes | | | |
| Mobile to Mobile | minutes | REDACTED | | |
| Night/Weekend | minutes | | | |
| Total Voice | | | | |

| Messaging | | | | |
|---|---|---|---|---|
| Text, Picture & Video | messages | REDACTED | | |
| Total Messaging | | | | |

| Data | | | | |
|---|---|---|---|---|
| Gigabyte Usage | gigabytes | REDACTED | | |
| Total Data | | | | |

**Total Usage and Purchase Charges**

****Charges for usage that exceeded the shared allowance can be found in the "Account Charges and Credits" section under "Account Usage Charges."

**Surcharges+**

| | |
|---|---|
| Fed Universal Service Charge | |
| Regulatory Charge | REDACTED |
| Administrative Charge | |

**Taxes, Governmental Surcharges and Fees+**

Dekalb Cnty 911 Fee
GA State Sales Tax
Dekalb Cnty Sales Tax

**Total Current Charges for 212-760-2400**

+Percentage-based taxes, fees, and surcharges apply to charges for this line, including overage charges, plus this line's share of account charges.

CONFIDENTIAL



Invoice Number   Account Number      Date Due   Page
REDACTED                              01/05/17   8 of 11

## Detail for Shimshon Wexler: 212-760-2400

Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|

REDACTED

| 12/06 | 10:26A | 908-888-6041 | Peak | PlanAllow | | Decatur GA | Incoming CL | 1 | --- | --- | --- |

REDACTED