ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/18

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy           Date: 10/9/18
by Order of Judge Alvin K. Hellerstein

Law Offices of Shimshon Wexler, P.C. v. Alcom Solutions, et al. - 17 Civ. 8573(AKH)

You are hereby notified that you are required to appear for an oral argument.

    Date:  November 8, 2018
    Time:  11:00 am
    Place: U.S. Courthouse - Southern District of New York
           500 Pearl Street
           Courtroom 14D
           New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to **all counsel** involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

- So Ordered,

*/s/ Alvin K. Hellerstein*

10-10-18