IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAW OFFICES OF SHIMSHON WEXLER, P.C., a New York professional company, individually and as the representative of a class of similarly-situated persons,<br><br>                Plaintiff,<br><br>v.<br><br>AICOM SOLUTIONS LLC d/b/a AICOM CORPORATION; TIME WARNER CABLE LLC d/b/a SPECTRUM; TIME WARNER CABLE MEDIA LLC; CHARTER COMMUNICATIONS INC.; CHARTER COMMUNICATIONS OPERATING LLC; and JOHN DOES 1-10,<br><br>                Defendants. | Case No. 1:17-cv-08573-AKH<br><br>Hon. Alvin K. Hellerstein |

## PLAINTIFF'S NOTICE OF APPEAL

NOTICE IS GIVEN that plaintiff Law Offices of Shimshon Wexler, P.C. hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered on January 7, 2019 (ECF 98), granting Defendants' motion for summary judgment. A true and correct copy of the Order is attached as Exhibit A.

Dated: February 1, 2019                                  Respectfully submitted,


                                              LAW OFFICES OF SHIMSHON WEXLER, P.C., individually and as the representatives of a class of similarly-situated persons,

By: /s/ Phillip A. Bock

Phillip A. Bock (admitted *pro hac vice*)
Daniel J. Cohen (admitted *pro hac vice*)
James M. Smith (admitted *pro hac vice*)
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
Telephone: 312-658-5500
Facsimile: 312-658-5555

## CERTIFICATE OF SERVICE

    I hereby certify that on February 1, 2019, I electronically filed the foregoing in the United States District Court for the Southern District of New York using the CM/ECF system which will automatically send e-mail notification of such filing to any counsel that has entered an appearance.


February 1, 2019                                                          /s/ Phillip A. Bock
                                                                                                     Counsel for Plaintiff