UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LAW OFFICES OF SHIMSHON WEXLER,
P.C., a New York Professional Company,
Individually and as the representative of a
class similarly-situated persons,

                                Plaintiff,                      17 **CIVIL** 8573 (AKH)

                -against-                        **JUDGMENT**

AISOM SOLUTIONS LLC d/b/a AICOM
CORPORATION; TIME WARNER CABLE
LLC d/b/a SPECTRUM; TIME WARNER
CABLE MEDIA LLC; CHARTER
COMMUNICATIONS INC., CHARTER
COMMUNICATION OPERATING LLC; and
JOHN DOES 1-10,
                           Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 7, 2019, motion for summary judgment 76 is granted and the complaint is dismissed, with costs to be taxed by the Clerk.

**Dated:** New York, New York
          February 7, 2019

                                                           **RUBY J. KRAJICK**
                                                                   Clerk of Court
                                            BY:
                                                                   Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON